UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LYNN KIRK, TRUSTEE FOR THE FRANK KIRK AND LYNN KIRK REVOCABLE TRUST, *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 6:17-CV-00588-RWS |
| SENTINEL INSURANCE COMPANY, LTD., *Defendant.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lynn Kirk, Trustee for the Frank Kirk & Lynn Kirk Revocable Trust LLC, ("Plaintiff") and Defendant Sentinel Insurance Company ("Defendant"), being all of the parties to the above referenced action that have appeared herein, jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

Respectfully submitted,

*/s/ Scott Keller*
Scott Keller
State Bar No: 11198350
**LAW OFFICES OF SCOTT M. KELLER**
3890 W. Northwest Highway, Suite 650
Dallas, Texas 75220
Telephone:   214-741-2963
Facsimile:    214-741-2959

        Email:        scottmkeller@sbcglobal.net

        **ATTORNEYS FOR PLAINTIFF**

        */s/ Brittan L. Buchanan*
        Brittan L. Buchanan
        State Bar No: 03285680
        Laura Grabouski
        State Bar No: 24031595
        Donna Peery
        State Bar No.: 00791752
        **TULLY RINCKEY, PLLC**
        3724 Executive Center Drive, Suite 205
        Austin, Texas 78731
        Telephone:   512.225.2800
        Facsimile:    512.225.2801
        Email:        bbuchanan@tullylegal.com
                        lgrabouski@tullylegal.com
                        dpeery@tullylegal.com

        **ATTORNEYS FOR DEFENDANT**