## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| LYNN KIRK, LYNN KIRK, TRUSTEE FOR THE FRANK KIRK AND LYNN KIRK REVOCABLE TRUST; | § § § § | CIVIL ACTION NO.  6:17-CV-00588-RWS |
| Plaintiff, | § § § | |
| v. | § § | |
| SENTINEL   INSURANCE   COMPANY, LTD., | § § | |
| Defendant. | | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

All motions by either party not previously ruled upon are **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 9th day of July, 2018.**


_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE